Michael F. Shinn, WSBA 14679  HONORABLE LONNY R. SUKO
Velikanje Halverson P.C
405 East Lincoln
P.O. Box 22550
Yakima, WA 98907
Telephone (509) 248-6030
Fax (509) 453-6880
mshinn@vhlegal.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>DALE SLOAN and DEBBIE SLOAN<br><br>            Debtors,<br><br>ROBERT BRESHEARS, a single person,<br><br>            Plaintiff,<br><br>    v.<br><br>DALE SLOAN and DEBBIE SLOAN, husband and wife, and GERALD L. GROENIG and BETH MARIE GROENIG, husband and wife,<br><br>            Defendants. | Case No.: CV-12-3054-LRS<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS GERALD L. GROENIG AND BETH MARIE GROENIG |

### JUDGMENT SUMMARY

JUDGMENT CREDITOR         :  ROBERT BRESHEARS, a single person

JUDGMENT DEBTOR            :  GERALD L. GROENIG AND BETH MARIE GROENIG, husband and wife

DEFAULT JUDGMENT - 1

| | | |
|---|---|---|
| PRINCIPAL JUDGMENT AMOUNT | : | $665,000 |
| PRE-JUDGMENT INTEREST RATE | : | 12% per annum |
| PREJUDGMENT INTEREST (through April 26, 2012) | : | $324,665.75 |
| TOTAL JUDGMENT | : | $989,665.75 |
| POST-JUDGMENT INTEREST RATE | : | .18% per annum |
| ATTORNEY'S FOR JUDGMENT CREDITOR | : | MICHAEL F. SHINN of VELIKANJE HALVERSON P.C. |
| JUDGMENT DEBTORS | : | No attorney appearing for Defendant |

THIS MATTER having been presented upon the request of the Plaintiff for Default Judgment, following the entry of an Order of Default against the Defendants Gerald L. Groenig and Beth Marie Groenig, husband and wife, Plaintiff having made its request for entry of Default Judgment supported by the Affidavit of the Plaintiff, Robert Breshears, showing the amount due, now, therefore,

IT IS ORDERED AND ADJUDGED that Plaintiff, Robert Breshears, recover from the Defendants Gerald L. Groenig and Beth Marie Groenig, husband and wife, Judgment in the principal amount of $665,000, with (1) post-judgment interest as specified by 28 USC § 1961 beginning on April 27, 2012,

DEFAULT JUDGMENT - 2

(2) prejudgment interest at the rate of twelve percent (12%) per annum beginning April 1, 2008, to April 26, 2012.

DATED this 8th day of June, 2012.

*s/Lonny R. Suko*

THE HONORABLE LONNY R. SUKO

Presented by:

s/Michael F. Shinn, WSBA 14679
Velikanje Halverson P.C.
Attorneys for Robert Breshears
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone:  (509) 248-6030
Fax:  (509) 453-6880
Email: mshinn@vhlegal.com

G:\MFS\FIRST AMERICAN TITLE-07785\Hedgewood-008\Pleadings\Sloan Bankruptcy\Eastern District Documents\Default Judgment.doc
6/8/2012 9:45 AM jlf

DEFAULT JUDGMENT - 3

**Velikanje Halverson P.C.**
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**